■ MELVIN TAYLOR, Appellant, v INCORPORATED VILLAGE OF SPRING VALLEY et al., Respondents. [738 NYS2d 591] —In an action, inter alia, to recover damages for negligence, the plaintiff appeals from an order of the Supreme Court, Rockland County (Nelson, J.), dated March 15, 2001, which granted the defendants' motion to dismiss the complaint.

Ordered that the order is affirmed, with costs.

Under the circumstances of this case, the Supreme Court properly granted the defendants' motion to dismiss the complaint. Santucci, J.P., Goldstein, Luciano, Schmidt and Crane, JJ., concur.